IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JORGE VALDEZ, | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CASE NO. 3:24-CV-00084-LS |
| | § | |
| ELSA ELENA MENDOZA ACOSTA | § | |
| D/B/A FLETES MENDOZA AND | § | |
| RAMON ENRIQUE DURAN ZUNIGA, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL

CAME ON TO BE CONSIDERED the Parties' Joint Motion to Dismiss with Prejudice. After reviewing the papers on file, the Court finds the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice. **THE CLERK SHALL CLOSE THIS CASE**.

SIGNED this 16th day of September, 2024.

_____
Leon Schydlower
Judge, United States District Court
Western District of Texas

**APPROVED AS TO FORM:**

**/s/ Cal Mundell – with persmission**
Cal Mundell
Attorney for Plaintiff

**/s/ Frederick C. Hutterer III**
Frederick C. Hutterer III
Attorney for Defendants

1

17551-102/FHUT/2077979